IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:06CV170-C

TOTAL DISTRIBUTION SERVICES, INC.

    Plaintiff,

v.

AUTO RESOURCES GROUP COMPANY and
AUTO RAIL SERVICES OF NEW BOSTON,
INC. and AUTO RAIL SERVICES OF
MARYLAND, INC., and AUTO RAIL
SERVICES OF KTP, INC., and AUTO RAIL
SERVICES OF PENNSYLVANIA, INC.,

    Defendants.

ORDER

**THIS MATTER IS BEFORE THE COURT** on the "Motion for Admission *Pro Hac Vice*" (Document # 10) filed September 19, 2006 by Chad D. Mountain. Upon careful review and consideration, this Court will grant the Motion.

**IT IS, THEREFORE ORDERED** that the "Motion for Admission *Pro Hac Vice*" (Document #10) is **GRANTED**.

**IT IS FURTHER ORDERED** that, in accordance with Rule 83.1 of this Courts Local Rules of Civil Procedure, Mr. Mountain will pay the admission fee of **ONE HUNDRED AND NO/100 DOLLARS ($100.00)** to the Clerk of Court within ten (10) days from the date of the filing of this Order.

**SO ORDERED.**

Signed: September 19, 2006

*Carl Horn, III*

Carl Horn, III
United States Magistrate Judge