TOTAL DISTRIBUTION SERVICES, INC.

        Plaintiff,

v.

                             ORDER

AUTO RESOURCES GROUP COMPANY and
AUTO RAIL SERVICES OF NEW BOSTON,
INC. and AUTO RAIL SERVICES OF
MARYLAND, INC., and AUTO RAIL
SERVICES OF KTP, INC., and AUTO RAIL
SERVICES OF PENNSYLVANIA, INC.,

        Defendants.

**THIS MATTER IS BEFORE THE COURT** on the "Motion for Admission *Pro Hac Vice* [of Paul D. Keenan]" (Document No. 13), filed November 15, 2006, by Chad D. Mountain. Upon careful review and consideration, this Court will grant the Motion.

**IT IS, THEREFORE ORDERED** that the "Motion for Admission *Pro Hac Vice*" (Document No. 13) is **GRANTED**.

In addition, in accordance with Rule 83.1 of this Courts Local Rules of Civil Procedure, Mr. Keenan has paid the admission fee of **ONE HUNDRED AND NO/100 DOLLARS ($100.00)** to the Clerk of Court as of November 15, 2006.

**SO ORDERED**.

Signed: November 15, 2006

Carl Horn, III
United States Magistrate Judge